UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00117-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FURMAN DELAND CAIN, JR.,
a/k/a Furman Deland Cain,
a/k/a Furman Cain,

        Defendant.

_____

### ORDER CONTINUING CHANGE OF PLEA HEARING
_____

THIS MATTER comes before the Court on the Unopposed Motion to Continue Change of Plea Hearing (Motion) **(#26)** filed by Defendant on September 18, 2007. Having reviewed the Motion, the Court

**FINDS** that since the filing of this Motion, the Court has not yet received the signed Rule 20 paperwork from the Western District of North Carolina.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the change of plea hearing set for October 1, 2007 is **VACATED**. The hearing is continued to **Monday, October 22, 2007, at 4:00 p.m. No further continuances will be granted**.

Dated this 27th day of September, 2007.

                                            **BY THE COURT:**

                                            *Marcia S. Krieger* (signature)
                                            _____

                                            Marcia S. Krieger
                                            United States District Judge