UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00117-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

FURMAN DELAND CAIN, JR.,
a/k/a Furman Deland Cain,
a/k/a Furman Cain,

       Defendant.

---

## ORDER VACATING CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court on the Consent to Transfer of Case for Plea and Sentence (Under Rule 20) filed September 28, 2007, **(#30)**. In view of this filing,

**IT IS ORDERED** that the change of plea hearing set for October 22, 2007, at 4:00 p.m. is **VACATED.**

Dated this 1st day of October, 2007.

                     **BY THE COURT:**

                     *Marcia S. Krieger*

                     Marcia S. Krieger
                     United States District Judge